1 PHILLIP A. TALBERT
United States Attorney
2 MATTHEW D. SEGAL
HEIKO P. COPPOLA
3 JEREMY J. KELLEY
501 I Street, Suite 10-100
4 Sacramento, CA 95814
Telephone: (916) 554-2700
5 Facsimile: (916) 554-2900

6 Assistant United States Attorneys
Attorneys for Plaintiff
7 United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-MJ-200 KJN |
|---|---|
| Plaintiff, | |
| v. | MOTION TO DISMISS COMPLAINT AND ORDER DISMISSING COMPLAINT |
| SILAS DUANE BOSTON, | |
| Defendant. | |

Pursuant to Criminal Rule of Procedure 48(a), the United States, by and through its undersigned counsel, hereby files this motion and proposed order dismissing, with leave of the Court, the Complaint against defendant SILAS DUANE BOSTON in the above-captioned matter.

Respectfully submitted,

Dated:  December 2, 2016                    PHILLIP A. TALBERT
                                            United States Attorney

                                       By:  /s/ JEREMY J. KELLEY
                                            JEREMY J. KELLEY
                                            Assistant United States Attorney

1  PHILLIP A. TALBERT
   United States Attorney
2  MATTHEW D. SEGAL
   HEIKO P. COPPOLA
3  JEREMY J. KELLEY
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile:  (916) 554-2900

6  Assistant United States Attorneys
   Attorneys for Plaintiff
7  United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-MJ-200 KJN |
|---|---|
| Plaintiff, | ORDER DISMISSING COMPLAINT |
| v. | |
| SILAS DUANE BOSTON, | |
| Defendant. | |

The United States' motion to dismiss the pending Complaint against SILAS DUANE BOSTON in case number 2:16-MJ-00200-KJN is granted.

Dated: December 2, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE